# EXHIBIT A

# Wrigley Field Seating Map

