# EXHIBIT B

# New Clubs/Group Seating Areas Highlighted

