# EXHIBIT C

# Current and Planned Wheelchair Seats

