**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

United States of America

                              Plaintiff,

v.                                                     Case No.: 1:22−cv−03639
                                                              Honorable Martha M. Pacold

Chicago Baseball Holdings, LLC, et al.

                              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Heather K. McShain for the purpose of holding proceedings related to: discovery supervision and scheduling, to set a deadline to file amended pleadings, to set a dispositive motions schedule, and for settlement. (rao, )

Dated: September 30, 2022

                                                                           /s/ Martha M. Pacold

                                                                      United States District Judge