UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHICAGO BASEBALL HOLDINGS, LLC, ) <br> WRIGLEY FIELD HOLDINGS, LLC, WF ) <br> MASTER TENANT, LLC, and CHICAGO ) <br> CUBS BASEBALL CLUB, LLC, ) <br> ) <br> Defendants. ) | No. 22 C 3639 <br><br> Judge Pacold <br><br> Magistrate Judge McShain |

## JOINT STATUS REPORT

The parties, by their undersigned attorneys, submit this joint status report in accordance with the court's minute entry of October 17, 2022 (Dkt. 17):

**(a) Progress of fact discovery:** In accordance with the court's scheduling order, the parties have exchanged initial disclosures and initial written discovery requests. The deadline to complete fact discovery is August 31, 2023.

**(b) Status of settlement discussions:** The parties are not currently engaged in settlement discussions and do not request a settlement conference at this time. The parties will notify the court in the future if a settlement conference would be productive.

**(c) Other matters:** The parties do not have additional items to raise with the court at this time.

Respectfully submitted,

For the United States:

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Abraham J. Souza
    PATRICK W. JOHNSON
    ABRAHAM J. SOUZA
    Assistant United States Attorneys
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5327
    (312) 353-1857
    patrick.johnson2@usdoj.gov
    abraham.souza@usdoj.gov

For Defendants:

s/ Mark R. Filip
MARK R. FILIP
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
(312) 862-2000
mark.filip@kirkland.com

TERESA L. JAKUBOWSKI (*Pro Hac Vice*)
Barnes & Thornburg LLP
1717 Pennsylvania Ave., N.W., Suite 500
Washington, D.C. 20006
(202) 289-1313
teresa.jakubowski@btlaw.com

JOHN F. KUENSTLER
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 338-5924
jkuenstler@btlaw.com