## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

United States of America

                                        Plaintiff,

v.                                                        Case No.: 1:22−cv−03639

                                                                             Honorable Martha M. Pacold

Chicago Baseball Holdings, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 29, 2023:

       MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint agreed motion to extend the fact discovery deadline until 12/22/2023 [31]. Parties explain that additional time is needed to review the thousands of documents produced, schedule depositions, and inspect Wrigley Field. In light of the parties' diligence in pursuing and completing discovery, and the fact that this is the parties' first request to extend the fact discovery deadline, the parties' motion [31] is granted. Fact discovery is extended until 12/22/2023. This is a firm deadline, and any future requests for extensions will need to be presented in a formal motion and will not be granted absent good cause. The joint status report due 09/18/2023 stands [28]. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.