# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

United States of America

                                                        Plaintiff,

v.                                                                           Case No.: 1:22−cv−03639
                                                                             Honorable Martha M. Pacold

Chicago Baseball Holdings, LLC, et al.

                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 30, 2023:

      MINUTE entry before the Honorable Heather K. McShain: The Court grants plaintiff's motion to seal [42] its brief in support of its motion to deny defendants' privilege claim [37]. The Court observes that plaintiff already filed a sealed version on the docket [43]. The Court also acknowledges that along with a redacted version of its brief [41], plaintiff filed four supporting exhibits which plaintiff does not appear to request be sealed. [41−141−4] Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.