UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHICAGO BASEBALL HOLDINGS, LLC; ) <br> WRIGLEY FIELD HOLDINGS, LLC; WF ) <br> MASTER TENANT, LLC; and CHICAGO ) <br> CUBS BASEBALL CLUB, LLC, ) <br> ) <br> Defendants. ) | No. 22 C 3639 <br><br> Judge Pacold <br><br> Magistrate Judge McShain |

## JOINT STATUS REPORT

The parties, by their undersigned attorneys, submit this joint status report in accordance with the court's minute entry of August 1, 2024, which requested an update regarding settlement. Dkt. 95. Since the parties filed their most-recent joint status report at the beginning of August (Dkt. 94), the parties have prepared a draft of a consent decree that, if finalized by the parties and entered by the district court, would represent the full and complete terms of the parties' settlement. The defendants have also provided the United States with revised architectural drawings and plans for certain remediations relating to wheelchair spaces and companion seats at Wrigley Field, and the United States has provided comments on those revised drawings and plans.

The parties anticipate that they will reach final agreement and be in a position to seek entry of the consent decree by the district court within the next 30 days. In light of the foregoing and the parties' continued substantial progress, the parties jointly request that discovery remain stayed to give them additional time to work towards a final written consent decree.

Respectfully submitted,

For the United States:

MORRIS PASQUAL
Acting United States Attorney

By: s/ Abraham J. Souza
    PATRICK W. JOHNSON
    ABRAHAM J. SOUZA
    Assistant United States Attorneys
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5327
    (312) 353-1857
    patrick.johnson2@usdoj.gov
    abraham.souza@usdoj.gov

For Defendants:

s/ Mark R. Filip
MARK R. FILIP, P.C.
DONNA WELCH, P.C.
THERESA CEDEROTH HORAN
Kirkland & Ellis LLP
333 W. Wolf Point Plaza
Chicago, Illinois 60654
(312) 862-2000
mark.filip@kirkland.com

TERESA L. JAKUBOWSKI (*Pro Hac Vice*)
Barnes & Thornburg LLP
555 12th Street, N.W., Suite 1200
Washington, D.C. 20004
(202) 371-6366
teresa.jakubowski@btlaw.com

JOHN F. KUENSTLER
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 338-5924
jkuenstler@btlaw.com